IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**WILFREDO SEGARRA-MIRANDA,**

    **Plaintiff,**

    v.

**JOSÉ DE JESÚS–GONZÁLEZ, et al.,**

    **Defendants.**

Civil No. 10-1848 (GAG)

**ORDER**

    This case appears before this court upon withdrawal of reference of a complaint initiated by Plaintiff Wilfredo Segarra-Miranda in the U.S. Bankruptcy Court for the District of Puerto Rico. (See Docket No. 1.) As trustee under Chapter 7 of the Bankruptcy Code, Plaintiff commenced adversarial proceedings against Defendants, alleging, inter alia, fraudulent transfer, which is remediable under 11 U.S.C. § 548(a)(1). (See Bankr. No. 09-00150, Docket No. 31.)

    On August 11, 2010, Defendants Berríos & Longo Law Office, P.S.C., Sitka Enterprises, Inc., and Longo-Quiñones ("Movants") moved for withdrawal of reference of Plaintiff's complaint from the bankruptcy court. (See Bankr. No. 09-00150, Docket No. 110.) Plaintiff opposed the motion (see Bankr. No. 09-00150, Docket No. 124), and Movants replied (see Docket No. 2).

    Pursuant to local bankruptcy rules, the bankruptcy court must refer an adversarial matter to the federal district court if the right to a trial by jury applies; a party has made a timely demand for trial by jury; and one of the parties does not consent to trial before the bankruptcy court. Bankr. D.P.R. R. 9015-1(b)-(c).

    Movants moved for a trial by jury on September 8, 2009, in connection with Plaintiff's complaint. (See Bankr. No. 09-00150, Docket No. 10.) The bankruptcy judge denied the motion on August 23, 2010, finding no basis for a right to trial by jury under the Seventh Amendment to the U.S. Constitution. (See Bankr. No. 09-00150, Docket No. 118.) There is an interlocutory appeal

**Civil No. 10-1848 (GAG)** 2

of that order pending in this court. (See Civ. No. 10-1973 (JAG).)

As the instant motion for withdrawal of reference (Docket No. 2) requires the existence of a right to trial by jury, see Bankr. D.P.R. R. 9015-1(b), the court cannot address this matter without prior resolution of the interlocutory appeal.[1]  Accordingly, Movants' motion is unripe for adjudication. See Lincoln House, Inc. v. Dupre, 903 F.2d 845, 847 (1st Cir. 1990).

In view of the foregoing, the court hereby **DENIES** Movants' motion for withdrawal of reference (Docket No. 2) and **REMANDS** the instant case to the U.S. Bankruptcy Court for the District of Puerto Rico.

**SO ORDERED.**

In San Juan, Puerto Rico this 22nd day of October, 2010.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI
United States District Judge

---

[1] The court also notes the existence of another interlocutory appeal pertaining to the bankruptcy court's subject-matter jurisdiction over Plaintiff's complaint. (See Civ. No. 10-1847 (CCC).)